**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Counsel for Plaintiff Richard R. Weston*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD R. WESTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOCUSIGN, INC., DANIEL D. SPRINGER, MICHAEL J. SHERIDAN, and CYNTHIA GAYLOR,<br><br>Defendants. | Case No. 3:22-cv-00824-WHO<br><br>**NOTICE OF PUBLICATION PURSUANT TO CIVIL LOCAL RULE 23-1(a)**<br><br><u>CLASS ACTION</u> |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to Civil Local Rule 23-1(a), attached hereto as Exhibit A is a copy of the notice of pendency of the above-captioned action (the "Action") that Kessler Topaz Meltzer & Check, LLP, Counsel for Plaintiff Richard R. Weston, caused to be published on February 9, 2022, on *Business Wire*. On December 22, 2021, prior to the filing of the Action, a notice of pendency of a substantially similar action captioned *Collins v. DocuSign, Inc., et al.*, No. 1:21-cv-07071-FB-PK (E.D.N.Y.) (the "*Collins* Action"),[1] was published on *Business Wire*, attached hereto as Exhibit B. Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, the notice of pendency of the Action references a lead plaintiff motion deadline of February 22, 2022—i.e., the first business day that is sixty (60) days from publication of the notice of pendency of the *Collins* Action. 15 U.S.C. § 78u-4(a)(3)(A).

DATED: February 16, 2022

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ *Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

NAUMON A. AMJED
(namjed@ktmc.com)
DARREN J. CHECK
(dcheck@ktmc.com)
RYAN T. DEGNAN
(rdegnan@ktmc.com)
BARBARA A. SCHWARTZ
(bschwartz@ktmc.com)
280 King of Prussia Road

[1] The *Collins* Action was transferred to the United States District Court for the Northern District of California on or about February 10, 2022 as *Collins v. DocuSign, Inc., et al.*, No. 3:22-cv-00851-CRB (N.D. Cal.) and voluntarily dismissed on February 14, 2022. *See Collins v. DocuSign, Inc., et al.*, No. 3:22-cv-00851-CRB (N.D. Cal.), ECF Nos. 19 & 16.

Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff Richard R. Weston*

# EXHIBIT A

NewsRoom

2/9/22 Bus. Wire 01:54:00

Business Wire
Copyright (c) 2022 Business Wire

February 9, 2022

# Kessler Topaz Meltzer & Check, LLP Announces the Filing of a Securities Fraud Class Action Lawsuit Against DocuSign, Inc.

RADNOR, Pa.

RADNOR, Pa.--(BUSINESS WIRE)--February 9, 2022--The law firm of Kessler Topaz Meltzer & Check, LLP ( www.ktmc.com ) informs investors that the firm has filed a securities class action against DocuSign, Inc. ("DocuSign") ( NASDAQ: DOCU ) in the United States District Court for the Northern District of California. This action is captioned Richard R. Weston v. DocuSign, Inc., et al. , Case No. 3:22-cv-00824 (the " Weston Action") and is brought on behalf of investors who purchased or acquired DocuSign securities between June 4, 2020, and December 2, 2021, inclusive (the "Class Period").

There is another related class action case pending against DocuSign in the United States District Court for the Eastern District of New York. That first-filed action issued a notice of its filing pursuant to the federal securities laws which triggered the deadline of February 22, 2022, for any investors who purchased DocuSign securities to seek to be appointed as a lead plaintiff representative of the class. The filing of the Weston Action does not change the February 22, 2022 lead plaintiff deadline.

CLICK HERE TO SUBMIT YOUR DOCUSIGN LOSSES. YOU CAN ALSO CLICK ON THE FOLLOWING LINK OR COPY AND PASTE IN YOUR BROWSER:https://www.ktmc.com/docusign-class-action-lawsuit?utm_source=PR&utm_medium=link&utm_campaign=docusign

LEAD PLAINTIFF DEADLINE:February 22, 2022

CLASS PERIOD: June 4, 2020 through December 2, 2021

CONTACT AN ATTORNEY TO DISCUSS YOUR RIGHTS : James Maro, Esq. (484) 270-1453 or via email at info@ktmc.com

DOCUSIGN'S ALLEGED MISCONDUCT

DocuSign, a Delaware corporation with principal executive offices in San Francisco, California, offers software that facilitates electronic signatures and agreements. Specifically, in addition to DocuSign's eSignature services, the DocuSign Agreement Cloud software suite enables users to generate, distribute, and sign agreements, and further offers technological support for, among other things, negotiating agreements and collecting payments after signatures.

The Class Period begins on June 4, 2020, when DocuSign announced its first quarterly financial results reflecting the onset of widespread COVID-19 pandemic mitigation efforts. In connection with that announcement, Defendants assured investors

that DocuSign would continue to experience sustained growth in demand for its software even after COVID-19 pandemic restrictions were lifted and repeatedly assured investors of the same throughout the Class Period.

Then, on December 2, 2021, DocuSign revealed that billings of $565 million for the third quarter of fiscal 2022 "fell short of [DocuSign's] billings guidance, coming in at 28% year-over-year growth" — or roughly half of the prior quarter's year-over-year growth rate. Additionally, DocuSign's fourth quarter fiscal 2022 financial guidance missed analysts' expectations. Specifically, the Defendants explained that, "[w]ith the boost from COVID-19 over the past year and a half, we experienced exceptionally high growth rates" but, "[a]s we move through Q3 and into the second half of the year, we saw demand slow and the urgency of customers' buying patterns temper." Following this news, the price of DocuSign common stock fell $98.73 per share, or more than 42%, from a close of $233.82 per share on December 2, 2021, to close at $135.09 per share on December 3, 2021.

The complaint alleges that, throughout the Class Period, the Defendants misrepresented and/or failed to disclose that: (1) much of DocuSign's accelerated growth in 2020 and early 2021 was attributable to COVID-19 pandemic restrictions rather than a sustainable shift in demand for DocuSign's services; (2) demand for DocuSign's services was, in fact, waning as COVID-19 pandemic restrictions were being lifted; and (3) as a result, the Defendants' statements about DocuSign's business, operations, and prospects lacked a reasonable basis.

WHAT CAN I DO?

DocuSign investors may, no later than February 22, 2022 seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member Kessler Topaz Meltzer & Check, LLP encourages DocuSign investors who have suffered significant losses to contact the firm directly to acquire more information.

CLICK HERE TO SIGN UP FOR THE CASE

WHO CAN BE A LEAD PLAINTIFF?

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. Communicating with any counsel is not necessary to participate or share in any recovery achieved in this case. Any member of the purported class may move the Court to serve as a lead plaintiff through counsel of his/her choice, or may choose to do nothing and remain an inactive class member.

ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. At the end of the day, we have succeeded if the bad guys pay up, and if you recover your assets. The complaint in this action was not filed by Kessler Topaz Meltzer & Check, LLP. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com .

&

View source version on businesswire.com: https://www.businesswire.com/news/home/20220208006284/en/

Kessler Topaz Meltzer & Check, LLP James Maro, Jr., Esq. 280 King of Prussia Road Radnor, PA 19087 (484) 270-1453 info@ktmc.com

State Keywords: Pennsylvania
Industry Keywords: Legal; Professional Services
Source: Kessler Topaz Meltzer & Check, LLP

**---- Index References ----**

Company: DOCUSIGN, INC.; Kessler Topaz Meltzer & Check LLP; United States District Court of the District of Nevada; NASDAQ, INC.; NORTHERN CALIFORNIA BANCORP, INC.; Docu Media Switzerland LLC

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Crime (1CR87); Criminal Law (1CR79); Financial Fraud (1FI18); Fraud (1FR30); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59); Social Issues (1SO05))

Industry: (Financial Services (1FI37); Investment Management (1IN34); Securities Investment (1SE57))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (RADNOR; District of; Weston Action; businesswire.com; DocuSign, Inc.; Kessler Topaz Meltzer & Check, LLP; United States District Court; NASDAQ; Northern District of California; DOCU) (James Maro; James Maro, Jr.) (North America; United States; Pennsylvania)

Keywords: Legal; Professional Services; PennsylvaniaLawsuit

Ticker Symbol: NASDAQ:DOCU

Word Count: 963

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# **EXHIBIT B**

NewsRoom

12/22/21 Bus. Wire 18:16:00

Business Wire
Copyright (c) 2021 Business Wire

December 22, 2021

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against DocuSign, Inc. – DOCU

NEW YORK

NEW YORK--(BUSINESS WIRE)--December 22, 2021--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of DocuSign, Inc. (NASDAQ: DOCU) between March 27, 2020 and December 2, 2021, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for DocuSign investors under the federal securities laws.

To join the DocuSign class action, go to http://www.rosenlegal.com/cases-register-2221.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) the impact of the Covid-19 pandemic on DocuSign's business was positive, not negative; (2) DocuSign misrepresented the role that the Covid-19 pandemic had on its growth; (3) DocuSign downplayed the impact that a "return to normal" would have on the Company's growth and business; and (4) as a result, defendants' public statements were materially false and/or misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than February 22, 2022 . A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-2221.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com .

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm .

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest

ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

&

View source version on businesswire.com: https://www.businesswire.com/news/home/20211222005506/en/

Laurence Rosen, Esq. Phillip Kim, Esq. The Rosen Law Firm, P.A. 275 Madison Avenue, 40 th Floor New York, NY 10016 Tel: (212) 686-1060 Toll Free: (866) 767-3653 Fax: (212) 202-3827 lrosen@rosenlegal.compkim@rosenlegal.comcases@rosenlegal.comwww.rosenlegal.com

State Keywords: New York
Industry Keywords: Legal; Professional Services
Source: The Rosen Law Firm, P.A.

**---- Index References ----**

Company: DOCUSIGN, INC.; THE ROSEN LAW FIRM P.A.; META PLATFORMS, INC.; LINKEDIN CORPORATION; Docu Media Switzerland LLC; TWITTER, INC.

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59))

Industry: (Financial Services (1FI37); Investment Management (1IN34); Securities Investment (1SE57))

Region: (Americas (1AM92); New York (1NE72); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (ISS Securities Class Action Services; DocuSign, Inc.; The Rosen Law Firm, P.A.; Facebook; LinkedIn; DOCU; Twitter) (Phillip Kim; Philip Kim; Laurence Rosen; Larry S. Rosen) (North America; United States; New York)

Keywords: Legal; Professional Services; New YorkLawsuit

Ticker Symbol: NASDAQ:DOCU

Word Count: 535

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.