# Exhibit A

## CERTIFICATION ON BEHALF OF
## DEKA INTERNATIONAL S.A. LUXEMBOURG

We, Carla Zinkand and Michael Windischmann, work in the COO Division of Deka Investment GmbH ("DEKA") in the team GE (AMW) Gremien & Regularien. Deka International S.A. Luxembourg ("DIL"), the lead plaintiff movant in this case, has outsourced all class action related services to DEKA. On behalf of DEKA and DIL, we make this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and herby certify as follows:

1. I, Carla Zinkand, have reviewed securities class action complaints filed against DocuSign, Inc. ("DocuSign") and others in *Weston v. DocuSign, Inc., et al.*, Case No. 3:22-cv-00824-WHO (N.D. Cal.) and *Collins v. DocuSign, Inc., et al.*, Case No. 3:22-cv-00851-CRB (N.D. Cal.) alleging violations of the federal securities laws, generally adopt the allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this motion for lead plaintiff appointment;

2. DIL did not transact in the securities of DocuSign at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. DIL is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. DIL fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. DIL's transactions in DocuSign securities during the class period (as defined in the complaints referenced above) are reflected in Exhibit A attached hereto;

5. DIL has not sought to serve as a lead plaintiff and/or representative party in any class action filed under the federal securities laws during three-year period preceding the date of this Certification;

6. Beyond DIL's pro rata share of any recovery, DIL will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America and to the best of our knowledge that the foregoing is true and correct. Executed this 18th day of February, 2022.

_____
Carla Zinkand
Authorized Signatory
Deka Investment GmbH

_____
Michael Windischmann
Authorized Officer Gremien & Regularien
Deka Investment GmbH

EXHIBIT A

DEKA INTERNATIONAL S.A. LUXEMBOURG
**TRANSACTIONS IN DOCUSIGN, INC.**

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Deka-GlobalSelect | Purchase | 12/21/2020 | 6,000 | $248.00 | ($1,488,000.00) |
| Deka-GlobalSelect | Purchase | 12/30/2020 | 1,600 | $227.66 | ($364,262.08) |
| Deka-GlobalSelect | Sale | 2/18/2021 | -300 | $251.95 | $75,585.00 |
| Deka-GlobalSelect | Sale | 5/20/2021 | -2,300 | $195.64 | $449,979.13 |
| Deka-Industrie 4.0 | Purchase | 5/6/2020 | 15,000 | $114.98 | ($1,724,718.00) |
| Deka-Industrie 4.0 | Purchase | 5/11/2020 | 5,000 | $120.40 | ($601,976.00) |
| Deka-Industrie 4.0 | Purchase | 5/12/2020 | 10,000 | $121.38 | ($1,213,817.00) |
| Deka-Industrie 4.0 | Purchase | 5/18/2020 | 5,000 | $123.63 | ($618,145.50) |
| Deka-Industrie 4.0 | Purchase | 5/19/2020 | 2,500 | $128.48 | ($321,207.50) |
| Deka-Industrie 4.0 | Purchase | 5/28/2020 | 2,500 | $129.12 | ($322,811.00) |
| Deka-Industrie 4.0 | Purchase | 6/2/2020 | 5,000 | $146.74 | ($733,699.50) |
| Deka-Industrie 4.0 | Sale | 6/4/2020 | -45,000 | $139.81 | $6,291,396.00 |
| Deka-Industrie 4.0 | Purchase | 7/2/2020 | 17,000 | $190.30 | ($3,235,164.60) |
| Deka-Industrie 4.0 | Purchase | 7/6/2020 | 1,600 | $190.66 | ($305,056.00) |
| Deka-Industrie 4.0 | Purchase | 7/10/2020 | 1,600 | $210.11 | ($336,176.00) |
| Deka-Industrie 4.0 | Purchase | 7/14/2020 | 1,500 | $196.43 | ($294,645.00) |
| Deka-Industrie 4.0 | Purchase | 7/17/2020 | 1,800 | $196.41 | ($353,538.00) |
| Deka-Industrie 4.0 | Purchase | 7/21/2020 | 2,000 | $200.65 | ($401,295.20) |
| Deka-Industrie 4.0 | Purchase | 7/23/2020 | 17,000 | $200.81 | ($3,413,834.60) |
| Deka-Industrie 4.0 | Purchase | 7/27/2020 | 1,500 | $194.07 | ($291,110.55) |
| Deka-Industrie 4.0 | Purchase | 7/29/2020 | 2,000 | $208.52 | ($417,033.60) |
| Deka-Industrie 4.0 | Purchase | 7/30/2020 | 1,000 | $211.71 | ($211,707.70) |
| Deka-Industrie 4.0 | Purchase | 8/3/2020 | 3,000 | $224.90 | ($674,700.60) |
| Deka-Industrie 4.0 | Purchase | 8/5/2020 | 1,000 | $227.78 | ($227,783.60) |
| Deka-Industrie 4.0 | Sale | 8/6/2020 | -6,000 | $217.15 | $1,302,916.80 |
| Deka-Industrie 4.0 | Purchase | 8/11/2020 | 2,000 | $195.55 | ($391,094.40) |
| Deka-Industrie 4.0 | Purchase | 8/12/2020 | 5,000 | $193.51 | ($967,569.50) |
| Deka-Industrie 4.0 | Purchase | 8/13/2020 | 3,000 | $200.69 | ($602,074.80) |
| Deka-Industrie 4.0 | Purchase | 8/26/2020 | 2,000 | $215.43 | ($430,865.20) |
| Deka-Industrie 4.0 | Purchase | 9/1/2020 | 1,500 | $259.86 | ($389,784.60) |
| Deka-Industrie 4.0 | Sale | 9/2/2020 | -8,500 | $262.59 | $2,231,999.70 |
| Deka-Industrie 4.0 | Sale | 9/3/2020 | -5,000 | $242.87 | $1,214,362.00 |
| Deka-Industrie 4.0 | Purchase | 9/4/2020 | 5,500 | $212.21 | ($1,167,152.25) |
| Deka-Industrie 4.0 | Purchase | 9/4/2020 | 10,100 | $228.65 | ($2,309,349.85) |
| Deka-Industrie 4.0 | Purchase | 9/4/2020 | 5,400 | $216.40 | ($1,168,584.84) |

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Deka-Industrie 4.0 | Purchase | 9/10/2020 | 14,000 | $209.83 | ($2,937,608.80) |
| Deka-Industrie 4.0 | Sale | 9/16/2020 | -40,000 | $198.56 | $7,942,552.00 |
| Deka-Industrie 4.0 | Purchase | 9/23/2020 | 5,000 | $214.55 | ($1,072,728.00) |
| Deka-Industrie 4.0 | Purchase | 9/25/2020 | 1,500 | $210.62 | ($315,930.30) |
| Deka-Industrie 4.0 | Purchase | 9/29/2020 | 3,500 | $214.25 | ($749,871.50) |
| Deka-Industrie 4.0 | Purchase | 9/30/2020 | 2,500 | $215.22 | ($538,054.50) |
| Deka-Industrie 4.0 | Purchase | 10/1/2020 | 10,000 | $221.86 | ($2,218,586.00) |
| Deka-Industrie 4.0 | Purchase | 10/2/2020 | 7,500 | $221.11 | ($1,658,299.50) |
| Deka-Industrie 4.0 | Purchase | 10/5/2020 | 10,000 | $228.47 | ($2,284,672.00) |
| Deka-Industrie 4.0 | Purchase | 10/6/2020 | 5,000 | $224.03 | ($1,120,130.50) |
| Deka-Industrie 4.0 | Purchase | 10/8/2020 | 1,500 | $222.03 | ($333,038.25) |
| Deka-Industrie 4.0 | Sale | 10/22/2020 | -6,500 | $212.39 | $1,380,534.35 |
| Deka-Industrie 4.0 | Purchase | 11/2/2020 | 1,000 | $199.62 | ($199,617.50) |
| Deka-Industrie 4.0 | Purchase | 11/6/2020 | 2,000 | $231.60 | ($463,206.60) |
| Deka-Industrie 4.0 | Purchase | 11/10/2020 | 12,000 | $196.21 | ($2,354,476.80) |
| Deka-Industrie 4.0 | Purchase | 11/11/2020 | 15,000 | $207.73 | ($3,115,993.50) |
| Deka-Industrie 4.0 | Purchase | 11/16/2020 | 2,500 | $207.52 | ($518,798.25) |
| Deka-Industrie 4.0 | Purchase | 11/25/2020 | 3,500 | $221.75 | ($776,120.45) |
| Deka-Industrie 4.0 | Purchase | 11/27/2020 | 4,000 | $224.93 | ($899,714.80) |
| Deka-Industrie 4.0 | Purchase | 12/4/2020 | 10,000 | $246.11 | ($2,461,119.00) |
| Deka-Industrie 4.0 | Purchase | 12/8/2020 | 6,000 | $233.26 | ($1,399,550.40) |
| Deka-Industrie 4.0 | Purchase | 12/16/2020 | 9,000 | $236.87 | ($2,131,839.00) |
| Deka-Industrie 4.0 | Purchase | 12/17/2020 | 15,000 | $246.45 | ($3,696,814.50) |
| Deka-Industrie 4.0 | Purchase | 12/23/2020 | 2,000 | $245.98 | ($491,959.60) |
| Deka-Industrie 4.0 | Purchase | 12/28/2020 | 1,500 | $232.72 | ($349,075.50) |
| Deka-Industrie 4.0 | Purchase | 12/29/2020 | 1,500 | $229.84 | ($344,756.85) |
| Deka-Industrie 4.0 | Purchase | 12/30/2020 | 5,000 | $227.91 | ($1,139,528.00) |
| Deka-Industrie 4.0 | Purchase | 1/5/2021 | 1,000 | $228.00 | ($227,999.50) |
| Deka-Industrie 4.0 | Purchase | 1/7/2021 | 1,000 | $239.03 | ($239,030.00) |
| Deka-Industrie 4.0 | Purchase | 1/11/2021 | 3,000 | $241.93 | ($725,799.00) |
| Deka-Industrie 4.0 | Sale | 1/13/2021 | -2,500 | $257.25 | $643,136.75 |
| Deka-Industrie 4.0 | Sale | 1/15/2021 | -2,500 | $253.73 | $634,323.00 |
| Deka-Industrie 4.0 | Sale | 1/26/2021 | -10,000 | $240.00 | $2,399,960.00 |
| Deka-Industrie 4.0 | Sale | 1/27/2021 | -3,000 | $228.32 | $684,964.20 |
| Deka-Industrie 4.0 | Purchase | 2/2/2021 | 5,500 | $238.19 | ($1,310,050.50) |
| Deka-Industrie 4.0 | Purchase | 2/4/2021 | 12,500 | $245.09 | ($3,063,671.25) |
| Deka-Industrie 4.0 | Purchase | 2/5/2021 | 15,000 | $248.71 | ($3,730,605.00) |
| Deka-Industrie 4.0 | Purchase | 2/8/2021 | 5,000 | $250.59 | ($1,252,948.50) |
| Deka-Industrie 4.0 | Purchase | 2/9/2021 | 5,000 | $254.78 | ($1,273,889.50) |
| Deka-Industrie 4.0 | Purchase | 2/24/2021 | 5,000 | $238.96 | ($1,194,811.00) |
| Deka-Industrie 4.0 | Purchase | 2/26/2021 | 2,500 | $226.33 | ($565,823.00) |

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Deka-Industrie 4.0 | Purchase | 3/1/2021 | 2,500 | $235.01 | ($587,524.50) |
| Deka-Industrie 4.0 | Sale | 3/3/2021 | -60,000 | $219.78 | $13,186,836.00 |
| Deka-Industrie 4.0 | Purchase | 3/5/2021 | 10,000 | $201.22 | ($2,012,168.00) |
| Deka-Industrie 4.0 | Purchase | 3/9/2021 | 2,000 | $210.64 | ($421,276.80) |
| Deka-Industrie 4.0 | Purchase | 3/11/2021 | 1,000 | $221.11 | ($221,111.90) |
| Deka-Industrie 4.0 | Purchase | 3/12/2021 | 12,000 | $213.93 | ($2,567,152.80) |
| Deka-Industrie 4.0 | Purchase | 3/15/2021 | 5,000 | $215.40 | ($1,076,976.00) |
| Deka-Industrie 4.0 | Purchase | 3/16/2021 | 1,500 | $212.46 | ($318,690.00) |
| Deka-Industrie 4.0 | Purchase | 3/18/2021 | 1,000 | $206.52 | ($206,524.10) |
| Deka-Industrie 4.0 | Purchase | 3/19/2021 | 1,300 | $205.60 | ($267,273.76) |
| Deka-Industrie 4.0 | Purchase | 3/22/2021 | 1,400 | $206.90 | ($289,656.92) |
| Deka-Industrie 4.0 | Purchase | 3/23/2021 | 2,300 | $207.09 | ($476,295.73) |
| Deka-Industrie 4.0 | Purchase | 3/23/2021 | 1,500 | $207.67 | ($311,507.70) |
| Deka-Industrie 4.0 | Purchase | 3/24/2021 | 1,000 | $200.67 | ($200,671.20) |
| Deka-Industrie 4.0 | Purchase | 3/24/2021 | 1,500 | $200.54 | ($300,804.45) |
| Deka-Industrie 4.0 | Purchase | 3/25/2021 | 5,000 | $200.83 | ($1,004,139.00) |
| Deka-Industrie 4.0 | Purchase | 3/25/2021 | 1,500 | $199.11 | ($298,669.80) |
| Deka-Industrie 4.0 | Purchase | 3/25/2021 | 7,000 | $201.75 | ($1,412,268.20) |
| Deka-Industrie 4.0 | Purchase | 3/26/2021 | 3,200 | $198.12 | ($633,999.04) |
| Deka-Industrie 4.0 | Purchase | 3/26/2021 | 1,800 | $199.02 | ($358,242.12) |
| Deka-Industrie 4.0 | Purchase | 3/29/2021 | 2,800 | $197.20 | ($552,163.08) |
| Deka-Industrie 4.0 | Purchase | 3/31/2021 | 4,200 | $202.58 | ($850,843.56) |
| Deka-Industrie 4.0 | Purchase | 4/1/2021 | 1,000 | $207.40 | ($207,395.60) |
| Deka-Industrie 4.0 | Purchase | 4/7/2021 | 1,500 | $206.35 | ($309,530.70) |
| Deka-Industrie 4.0 | Purchase | 4/9/2021 | 1,500 | $212.36 | ($318,547.05) |
| Deka-Industrie 4.0 | Purchase | 4/12/2021 | 3,000 | $212.85 | ($638,544.30) |
| Deka-Industrie 4.0 | Purchase | 4/13/2021 | 6,000 | $223.90 | ($1,343,419.80) |
| Deka-Industrie 4.0 | Purchase | 4/13/2021 | 5,000 | $222.59 | ($1,112,973.50) |
| Deka-Industrie 4.0 | Purchase | 4/13/2021 | 5,000 | $226.98 | ($1,134,889.50) |
| Deka-Industrie 4.0 | Purchase | 4/14/2021 | 2,500 | $225.99 | ($564,974.25) |
| Deka-Industrie 4.0 | Purchase | 4/16/2021 | 1,500 | $232.02 | ($348,026.70) |
| Deka-Industrie 4.0 | Purchase | 4/21/2021 | 3,000 | $218.72 | ($656,163.00) |
| Deka-Industrie 4.0 | Purchase | 4/23/2021 | 8,000 | $224.45 | ($1,795,580.80) |
| Deka-Industrie 4.0 | Purchase | 4/23/2021 | 5,000 | $224.42 | ($1,122,123.00) |
| Deka-Industrie 4.0 | Purchase | 4/26/2021 | 2,500 | $229.66 | ($574,159.25) |
| Deka-Industrie 4.0 | Purchase | 4/27/2021 | 2,500 | $230.67 | ($576,676.00) |
| Deka-Industrie 4.0 | Purchase | 4/28/2021 | 5,000 | $233.17 | ($1,165,850.50) |
| Deka-Industrie 4.0 | Purchase | 4/29/2021 | 2,500 | $225.20 | ($563,000.00) |
| Deka-Industrie 4.0 | Purchase | 4/30/2021 | 4,500 | $223.56 | ($1,006,033.05) |
| Deka-Industrie 4.0 | Purchase | 5/3/2021 | 2,000 | $214.81 | ($429,615.40) |
| Deka-Industrie 4.0 | Purchase | 5/6/2021 | 1,000 | $191.84 | ($191,836.00) |

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Deka-Industrie 4.0 | Purchase | 5/7/2021 | 1,000 | $196.92 | ($196,920.10) |
| Deka-Industrie 4.0 | Sale | 5/11/2021 | -3,000 | $191.69 | $575,057.70 |
| Deka-Industrie 4.0 | Purchase | 5/14/2021 | 4,000 | $185.53 | ($742,112.40) |
| Deka-Industrie 4.0 | Purchase | 5/18/2021 | 8,000 | $190.25 | ($1,521,967.20) |
| Deka-Industrie 4.0 | Purchase | 5/19/2021 | 2,000 | $188.67 | ($377,344.40) |
| Deka-Industrie 4.0 | Purchase | 5/19/2021 | 2,000 | $187.53 | ($375,063.00) |
| Deka-Industrie 4.0 | Purchase | 5/19/2021 | 1,000 | $186.52 | ($186,520.70) |
| Deka-Industrie 4.0 | Purchase | 5/25/2021 | 2,500 | $195.38 | ($488,454.50) |
| Deka-Industrie 4.0 | Purchase | 5/27/2021 | 2,500 | $198.36 | ($495,896.75) |
| Deka-Industrie 4.0 | Purchase | 6/1/2021 | 3,000 | $200.09 | ($600,276.90) |
| Deka-Industrie 4.0 | Purchase | 6/2/2021 | 2,000 | $200.08 | ($400,160.60) |
| Deka-Industrie 4.0 | Purchase | 6/4/2021 | 5,500 | $212.55 | ($1,169,010.70) |
| Deka-Industrie 4.0 | Purchase | 6/4/2021 | 2,500 | $226.60 | ($566,505.25) |
| Deka-Industrie 4.0 | Purchase | 6/9/2021 | 2,000 | $239.78 | ($479,562.20) |
| Deka-Industrie 4.0 | Purchase | 6/11/2021 | 10,000 | $249.65 | ($2,496,464.00) |
| Deka-Industrie 4.0 | Purchase | 6/14/2021 | 5,000 | $256.62 | ($1,283,115.00) |
| Deka-Industrie 4.0 | Purchase | 6/17/2021 | 2,500 | $260.07 | ($650,183.75) |
| Deka-Industrie 4.0 | Purchase | 6/22/2021 | 1,500 | $277.40 | ($416,104.95) |
| Deka-Industrie 4.0 | Purchase | 6/24/2021 | 1,000 | $279.50 | ($279,498.50) |
| Deka-Industrie 4.0 | Purchase | 6/25/2021 | 5,000 | $277.69 | ($1,388,445.50) |
| Deka-Industrie 4.0 | Purchase | 6/30/2021 | 2,500 | $281.21 | ($703,033.00) |
| Deka-Industrie 4.0 | Sale | 7/2/2021 | -7,500 | $279.46 | $2,095,928.25 |
| Deka-Industrie 4.0 | Purchase | 7/6/2021 | 2,500 | $287.04 | ($717,607.00) |
| Deka-Industrie 4.0 | Purchase | 7/28/2021 | 1,000 | $305.35 | ($305,350.00) |
| Deka-Industrie 4.0 | Purchase | 7/30/2021 | 2,000 | $300.84 | ($601,682.60) |
| Deka-Industrie 4.0 | Purchase | 8/13/2021 | 1,500 | $296.86 | ($445,286.40) |
| Deka-Industrie 4.0 | Sale | 8/17/2021 | -3,000 | $285.45 | $856,342.20 |
| Deka-Industrie 4.0 | Purchase | 8/20/2021 | 2,000 | $286.85 | ($573,706.00) |
| Deka-Industrie 4.0 | Purchase | 8/24/2021 | 1,000 | $293.77 | ($293,772.60) |
| Deka-Industrie 4.0 | Purchase | 9/10/2021 | 2,000 | $278.86 | ($557,725.20) |
| Deka-Industrie 4.0 | Purchase | 9/14/2021 | 1,000 | $269.93 | ($269,930.60) |
| Deka-Industrie 4.0 | Purchase | 9/22/2021 | 15,000 | $274.11 | ($4,111,587.00) |
| Deka-Industrie 4.0 | Purchase | 9/23/2021 | 5,000 | $274.98 | ($1,374,886.50) |
| Deka-Industrie 4.0 | Purchase | 9/27/2021 | 2,500 | $264.53 | ($661,327.25) |
| Deka-Industrie 4.0 | Sale | 9/29/2021 | -7,500 | $257.25 | $1,929,341.25 |
| Deka-Industrie 4.0 | Sale | 9/30/2021 | -5,000 | $258.64 | $1,293,180.50 |
| Deka-Industrie 4.0 | Sale | 10/4/2021 | -35,000 | $244.77 | $8,567,076.00 |
| Deka-Industrie 4.0 | Sale | 10/5/2021 | -5,000 | $254.97 | $1,274,833.00 |
| Deka-Industrie 4.0 | Purchase | 10/7/2021 | 20,000 | $269.33 | ($5,386,592.00) |
| Deka-Industrie 4.0 | Purchase | 10/11/2021 | 1,000 | $264.53 | ($264,526.50) |
| Deka-Industrie 4.0 | Purchase | 10/12/2021 | 1,000 | $254.11 | ($254,114.80) |

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Deka-Industrie 4.0 | Purchase | 10/15/2021 | 1,000 | $259.17 | ($259,172.50) |
| Deka-Industrie 4.0 | Purchase | 10/20/2021 | 3,000 | $271.64 | ($814,917.30) |
| Deka-Industrie 4.0 | Sale | 11/5/2021 | -6,000 | $274.38 | $1,646,280.00 |
| Deka-Industrie 4.0 | Purchase | 11/11/2021 | 2,500 | $256.77 | ($641,914.75) |
| Deka-Industrie 4.0 | Sale | 11/22/2021 | -7,500 | $248.42 | $1,863,112.50 |
| | | | | | |
| Deka-Künstliche Intelligenz | Purchase | 7/12/2021 | 960 | $288.10 | ($276,576.00) |
| Deka-Künstliche Intelligenz | Purchase | 7/14/2021 | 170 | $275.43 | ($46,823.10) |
| Deka-Künstliche Intelligenz | Purchase | 7/19/2021 | 300 | $288.24 | ($86,472.99) |
| Deka-Künstliche Intelligenz | Purchase | 7/23/2021 | 180 | $307.02 | ($55,263.60) |
| Deka-Künstliche Intelligenz | Purchase | 7/28/2021 | 160 | $304.82 | ($48,771.20) |
| Deka-Künstliche Intelligenz | Purchase | 8/6/2021 | 190 | $304.16 | ($57,790.40) |
| Deka-Künstliche Intelligenz | Purchase | 9/7/2021 | 340 | $303.74 | ($103,273.20) |
| Deka-Künstliche Intelligenz | Purchase | 9/14/2021 | 200 | $269.95 | ($53,989.38) |
| Deka-Künstliche Intelligenz | Purchase | 9/16/2021 | 250 | $274.92 | ($68,729.30) |
| Deka-Künstliche Intelligenz | Purchase | 9/22/2021 | 250 | $274.24 | ($68,559.50) |
| Deka-Künstliche Intelligenz | Purchase | 9/23/2021 | 200 | $274.71 | ($54,942.52) |
| Deka-Künstliche Intelligenz | Purchase | 9/27/2021 | 400 | $264.53 | ($105,812.36) |
| Deka-Künstliche Intelligenz | Sale | 9/29/2021 | -400 | $257.67 | $103,067.00 |
| Deka-Künstliche Intelligenz | Sale | 10/4/2021 | -3,200 | $247.77 | $792,856.32 |
| | | | | | |
| DekaLux-USA | Purchase | 12/17/2020 | 800 | $243.85 | ($195,083.12) |
| DekaLux-USA | Sale | 3/4/2021 | -300 | $215.77 | $64,730.34 |
| DekaLux-USA | Sale | 3/26/2021 | -500 | $198.68 | $99,341.40 |
| | | | | | |
| Deka-Nachhaltigkeit Aktien | Purchase | 12/16/2020 | 7,500 | $236.90 | ($1,776,729.75) |
| Deka-Nachhaltigkeit Aktien | Purchase | 12/24/2020 | 500 | $244.93 | ($122,465.00) |

5

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Deka-Nachhaltigkeit Aktien | Purchase | 1/5/2021 | 1,000 | $229.03 | ($229,032.90) |
| Deka-Nachhaltigkeit Aktien | Sale | 1/13/2021 | -750 | $260.00 | $195,000.00 |
| Deka-Nachhaltigkeit Aktien | Purchase | 1/29/2021 | 750 | $233.60 | ($175,196.25) |
| Deka-Nachhaltigkeit Aktien | Sale | 3/4/2021 | -9,000 | $213.20 | $1,918,800.00 |
| Deka-Nachhaltigkeit Aktien | Purchase | 4/8/2021 | 10,000 | $212.18 | ($2,121,790.00) |
| Deka-Nachhaltigkeit Aktien | Purchase | 4/14/2021 | 1,000 | $226.04 | ($226,041.50) |
| Deka-Nachhaltigkeit Aktien | Purchase | 5/28/2021 | 1,500 | $202.46 | ($303,697.35) |
| Deka-Nachhaltigkeit Aktien | Sale | 6/11/2021 | -1,000 | $249.55 | $249,545.90 |
| Deka-Nachhaltigkeit Aktien | Sale | 6/21/2021 | -1,000 | $269.00 | $269,000.00 |
| Deka-Nachhaltigkeit Aktien | Sale | 8/12/2021 | -1,000 | $296.16 | $296,161.50 |
| Deka-Nachhaltigkeit Aktien | Purchase | 9/14/2021 | 1,000 | $271.85 | ($271,850.00) |
| Deka-Nachhaltigkeit Aktien | Purchase | 9/21/2021 | 1,500 | $271.33 | ($406,989.00) |
| Deka-Nachhaltigkeit Aktien | Sale | 10/7/2021 | -12,000 | $268.95 | $3,227,456.40 |
| | | | | | |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 12/16/2020 | 1,000 | $234.23 | ($234,230.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 12/28/2020 | 1,200 | $245.30 | ($294,360.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 1/4/2021 | 400 | $222.72 | ($89,088.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 1/12/2021 | 300 | $245.57 | ($73,671.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 1/19/2021 | 400 | $251.80 | ($100,720.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 1/22/2021 | 500 | $252.92 | ($126,458.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 2/1/2021 | 1,200 | $233.25 | ($279,900.00) |
| Deka-Nachhaltigkeit Impact Aktien | Purchase | 2/8/2021 | 500 | $251.62 | ($125,810.00) |
| Deka-Nachhaltigkeit Impact Aktien | Sale | 2/22/2021 | -5,500 | $258.75 | $1,423,125.00 |

# **CERTIFICATION**

I, Donald D. Drum, as Executive Director of Public Employee Retirement System of Idaho ("PERSI") and hereby certify as follows:

1. I am fully authorized to enter into and execute this certification on behalf of PERSI. I have reviewed a complaint filed against DocuSign, Inc. ("DocuSign") alleging violations of the federal securities laws, generally adopt the allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this motion for lead plaintiff appointment;

2. PERSI did not transact in the securities of DocuSign at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. PERSI is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. PERSI fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. PERSI's transactions in DocuSign securities are reflected in Exhibit A attached hereto;

5. PERSI has not sought to serve as a lead plaintiff and/or representative party in any class action filed under the federal securities laws during the last three years;

6. Beyond PERSI's pro rata share of any recovery, PERSI will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

2

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 16 day of February, 2022.

Donald D. Drum
Executive Director
Public Employee Retirement System of Idaho

# EXHIBIT A

## TRANSACTIONS IN DOCUSIGN, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 4/15/2020 | 96 | $100.53 | ($9,650.88) |
| Sales | 4/22/2020 | -180 | $101.79 | $18,322.20 |
| Sales | 4/22/2020 | -429 | $101.79 | $43,667.91 |
| Purchases | 5/6/2020 | 51 | $115.04 | ($5,867.04) |
| Sales | 6/19/2020 | -51 | $161.42 | $8,232.42 |
| Sales | 6/19/2020 | -176 | $161.42 | $28,409.92 |
| Purchases | 6/26/2020 | 1,272 | $177.58 | ($225,881.51) |
| Purchases | 6/29/2020 | 181 | $169.91 | ($30,753.71) |
| Sales | 7/24/2020 | -94 | $190.95 | $17,949.30 |
| Sales | 8/21/2020 | -167 | $210.18 | $35,100.06 |
| Purchases | 9/18/2020 | 173 | $194.86 | ($33,710.78) |
| Sales | 9/21/2020 | -178 | $205.02 | $36,493.56 |
| Sales | 10/23/2020 | -86 | $219.82 | $18,904.52 |
| Sales | 12/14/2020 | -3,039 | $228.33 | $693,894.87 |
| Purchases | 1/22/2021 | 54,722 | $253.93 | ($13,895,371.41) |
| Purchases | 1/22/2021 | 34,881 | $254.97 | ($8,893,762.05) |
| Purchases | 1/28/2021 | 9,675 | $234.92 | ($2,272,817.14) |
| Purchases | 3/12/2021 | 24,687 | $212.30 | ($5,241,119.22) |
| Purchases | 3/25/2021 | 15,753 | $200.01 | ($3,150,803.21) |
| Purchases | 4/8/2021 | 21,038 | $211.68 | ($4,453,256.52) |
| Purchases | 4/27/2021 | 91 | $230.88 | ($21,010.08) |
| Sales | 6/15/2021 | -2,554 | $250.48 | $639,725.92 |
| Purchases | 6/25/2021 | 316 | $279.18 | ($88,222.33) |
| Purchases | 7/1/2021 | 78 | $278.41 | ($21,716.10) |
| Purchases | 8/30/2021 | 67 | $303.64 | ($20,343.88) |
| Sales | 9/17/2021 | -60 | $277.74 | $16,664.49 |