| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Jennifer L. Joost (Bar No. 296164)<br>Stacey M. Kaplan (Bar No. 241989)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Tel: (415) 400-3000<br>Fax: (415) 400-3001<br>jjoost@ktmc.com<br>skaplan@ktmc.com<br><br>*Liaison Counsel for the Proposed Class* | **LABATON SUCHAROW LLP**<br>Carol C. Villegas (admitted *pro hac vice*)<br>Irina Vasilchenko (admitted *pro hac vice*)<br>Lisa Strejlau (admitted *pro hac vice*)<br>David Saldamando (admitted *pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>cvillegas@labaton.com<br>ivasilchenko@labaton.com<br>lstrejlau@labaton.com<br>dsaldamando@labaton.com<br><br>*Counsel for Lead Plaintiffs<br>and Lead Counsel for the Proposed Class* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD R. WESTON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>DOCUSIGN, INC., DANIEL D. SPRINGER, MICHAEL J. SHERIDAN, CYNTHIA GAYLOR, and LOREN ALHADEFF,<br><br>      Defendants. | Civil Action No. 3:22-cv-00824-WHO<br><br>**DECLARATION OF IRINA VASILCHENKO IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>DATE: March 27, 2024<br>TIME: 2:00 p.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: Hon. William H. Orrick |

DECLARATION OF IRINA VASILCHENKO
CASE NO.: 3:22-CV-00824-WHO

I, Irina Vasilchenko, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Labaton Sucharow LLP, Lead Counsel for Deka International S.A. Luxembourg ("DIL") and Public Employee Retirement System of Idaho ("PERSI") (collectively, "Lead Plaintiffs") in the above-captioned action. I respectfully submit this Declaration in Support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA.

3. Attached hereto as Exhibit B is a true and correct copy of Labaton Sucharow LLP's Firm Résumé.

4. Attached hereto as Exhibit C is a true and correct copy of Kessler Topaz Meltzer & Check, LLP's Firm Résumé.

5. Attached hereto as Exhibit D is a true and correct copy of Defendants' Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, served on August 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2023.

/s/ Irina Vasilchenko
Irina Vasilchenko

DECLARATION OF IRINA VASILCHENKO
CASE NO.: 3:22-CV-00824-WHO