| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP** <br> Jennifer L. Joost (Bar No. 296164) <br> One Sansome Street, Suite 1850 <br> San Francisco, CA 94104 <br> Tel: (415) 400-3000 <br> Fax: (415) 400-3001 <br> jjoost@ktmc.com <br><br> *Liaison Counsel for the Proposed Class* | **LABATON SUCHAROW LLP** <br> Carol C. Villegas (admitted *pro hac vice*) <br> Irina Vasilchenko (admitted *pro hac vice*) <br> Lisa Strejlau (admitted *pro hac vice*) <br> David Saldamando (admitted *pro hac vice*) <br> 140 Broadway <br> New York, NY 10005 <br> Tel: (212) 907-0700 <br> Fax: (212) 818-0477 <br> cvillegas@labaton.com <br> ivasilchenko@labaton.com <br> lstrejlau@labaton.com <br> dsaldamando@labaton.com <br><br> *Counsel for Lead Plaintiffs and Lead Counsel for the Proposed Class* <br><br> [Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD R. WESTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DOCUSIGN, INC., DANIEL D. SPRINGER, MICHAEL J. SHERIDAN, CYNTHIA GAYLOR, and LOREN ALHADEFF, <br><br> Defendants. | Case No. 3:22-cv-00824-WHO <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE** |

WHEREAS, on May 16, 2023, Lead Plaintiffs Deka International S.A. Luxembourg ("DIL") and Public Employee Retirement System of Idaho ("PERSI," together with DIL, "Lead Plaintiffs"), and Defendants DocuSign, Inc. ("DocuSign"), Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff ("Defendants," and together with Lead Plaintiffs, the "Parties"), filed a joint case management statement and proposed order regarding same (*see* ECF No. 94, the "Joint Case Management Statement");

WHEREAS, on May 23, 2023, the Court held a case management conference regarding the Joint Case Management Statement, pursuant to which the deadline for Lead Plaintiffs to file their motion for class certification was September 15, 2023, the deadline for Defendants to file an opposition thereto was December 14, 2023, the deadline for Lead Plaintiffs to file a reply in further support thereof was February 27, 2024, and the hearing on Lead Plaintiffs' motion for class certification was set for March 27, 2024 at 2:00 p.m. (*see* ECF No. 96);

WHEREAS, Lead Plaintiffs filed their motion for class certification on September 15, 2023 (*see* ECF No. 111);

WHEREAS, Lead Plaintiff PERSI is unavailable for deposition until December 7, 2023, and Lead Plaintiff DIL is unavailable for deposition until December 14, 2023 (the same date that Defendants' opposition to Lead Plaintiffs' motion for class certification is currently due);

WHEREAS, given Lead Plaintiffs' unavailability for deposition until December 2023, the Parties believe their interests will be served by providing Defendants with approximately a one-month extension to file their opposition to Lead Plaintiffs' motion for class certification, up to and including January 19, 2024, in order to accommodate Lead Plaintiffs' deposition scheduling and the Christmas and New Year's holidays, with all other allotted times to respond modified accordingly;

WHEREAS, the Parties have conferred and agree to the revised briefing schedule set forth below, subject to the Court's approval;

WHEREAS, Lead Plaintiffs and Defendants, through counsel, have conferred and agree to the following proposed remaining deadlines for filing briefing and the hearing on Lead Plaintiffs' motion for class certification:

| *Event* | *Date Due* |
|---|---|
| Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification | January 19, 2024 |
| Lead Plaintiffs' Reply in Further Support of Their Motion for Class Certification | April 17, 2024 |
| Hearing on Lead Plaintiffs' Motion for Class Certification | May 15, 2024 |

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 3:22-CV-00824-WHO

2

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by these Parties, through counsel, as follows:

The following schedule shall govern the Parties' remaining class certification deadlines:

| Event | Date Due |
|---|---|
| Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification | January 19, 2024 |
| Lead Plaintiffs' Reply in Further Support of Their Motion for Class Certification | April 17, 2024 |
| Hearing on Lead Plaintiffs' Motion for Class Certification | May 15, 2024 |

**SO STIPULATED.**

DATED: October 31, 2023

**LABATON SUCHAROW LLP**

*/s/ Irina Vasilchenko*
Carol C. Villegas (admitted *pro hac vice*)
Irina Vasilchenko (admitted *pro hac vice*)
Lisa Strejlau (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
ivasilchenko@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Counsel for Lead Plaintiffs and
Lead Counsel for the Proposed Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

*Liaison Counsel for the Proposed Class*

**DRRT**
Joseph Gulino (admitted *pro hac vice*)
340 West Flagler Street, 2nd Floor

Miami, Florida 33130
Tel: 1 (305) 760-8030
Fax 1 (305) 760-8030
jgulino@drrtcom

*Additional Counsel for Lead Plaintiff DIL*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner (*pro hac vice* forthcoming)
7080 Northwest 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

**RISCH PISCA, PLLC**
Jason S. Risch (admitted *pro hac vice*)
407 W. Jefferson St.
Boise, ID 83702
Tel: (208) 345 9929
jrisch@rischpisca.com

*Additional Counsel for Lead Plaintiff PERSI*

DATED:  October 31, 2023         **FENWICK & WEST LLP**

*/s/ Marie Bafus*
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200

*Counsel for Defendants DocuSign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff*

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

DATED:  October 31, 2023          */s/ Irina Vasilchenko*
                                   Irina Vasilchenko (admitted *pro hac vice*)


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 31, 2023

                                   HON. WILLIAM H. ORRICK
                                   UNITED STATES DISTRICT JUDGE