# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:**  May 15, 2024 | **Time:**  31 minutes 2:46 p.m. to 3:17 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 22-cv-00824-WHO | **Case Name:** Weston v. DocuSign, Inc. | |

**Attorney for Plaintiff:**  Jennifer L. Joost

**Attorneys for DocuSign, Springer, Sheridan, Gaylor, Alhadeff:**  Felix Shih-Young Lee and Jennifer C. Bretan

**Attorneys for Deka and Public Employee Retirement System of Idaho:**  Carol C. Villegas and Lisa M. Strejlau

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Hearing on Motion to Certify Class conducted via videoconference. Argument of counsel heard. Motion taken under submission; written order to follow.