**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Irina Vasilchenko (admitted *pro hac vice*)
James M. Fee (admitted *pro hac vice*)
Matthew J. Grier (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
ivasilchenko@labaton.com
jfee@labaton.com
mgrier@labaton.com

*Counsel for Class Representatives and Class Counsel*

**FENWICK & WEST LLP**
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

*Attorneys for Defendants Docusign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD R. WESTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOCUSIGN, INC., DANIEL D. SPRINGER, MICHAEL J. SHERIDAN, CYNTHIA GAYLOR, and LOREN ALHADEFF,<br><br>Defendants. | Case No.: 3:22-cv-00824-VC-SK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Action Filed:  February 8, 2022 |

Court-appointed Class Representatives Deka International S.A. Luxembourg ("DIL") and Public Employee Retirement System of Idaho ("PERSI") (together, "Class Representatives") and Defendants Docusign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff (collectively, "Defendants," and with Class Representatives, the "Parties") hereby stipulate as follows:

WHEREAS, on May 6, 2024, pursuant to stipulation of the Parties (ECF No. 146), the Court set a schedule for this Action, including various deadlines for fact and expert discovery, summary judgment, trial, and an initial mediation (ECF No. 149);

WHEREAS, consistent with this prior scheduling order, the Parties held an initial mediation on June 10, 2024, which efforts did not result in a resolution, and the case proceeded thereafter;

WHEREAS, the Parties recently agreed to renew their mediation efforts, with a mediation to be held on December 13, 2024;

WHEREAS, to allow the Parties to focus their efforts on the upcoming mediation, to avoid unnecessary expenditure, and for efficiency in advance of that mediation, the Parties filed a stipulation on September 26, 2024 agreeing to stay all discovery (subject to certain caveats), and all related deadlines, pending the mediation, and if productive mediation discussions continued thereafter, through January 13, 2025 at the latest (ECF No. 182, the "September 26, 2024 Stipulation");

WHEREAS, in the September 26, 2024 Stipulation, the Parties also requested a brief extension of the case schedule to accommodate both the stay in advance of the December 13, 2024 mediation and an additional two-months extension of fact discovery to allow the Parties to resolve numerous outstanding discovery issues (including completing fact depositions), as well as

potential pleading issues, and related motion practice, for a total five-months extension of the case schedule, with a new fact discovery cut-off set for June 30, 2025;

WHEREAS, the Court approved the September 26, 2024 Stipulation on October 1, 2024 (ECF No. 183);

WHEREAS, on October 11, 2024, the Hon. William H. Orrick entered an order of recusal in the Action (ECF No. 186);

WHEREAS, on October 11, 2024, this Action was reassigned to the Hon. Vince Chhabria, and all prior scheduled hearing and trial dates were vacated (ECF No. 187);

WHEREAS, on November 1, 2024, the Parties filed an Updated Joint Case Management Statement, which, *inter alia*, set forth the prior case schedule as stipulated by the Parties and approved by Judge Orrick (ECF No. 196);

WHEREAS, on November 8, 2024, the Court held a Further Case Management Conference (the "November 2024 CMC"), where it, *inter alia*, stated that it will honor the current mediation stay but modify the prior case schedule to move along the proceedings more expeditiously;

WHEREAS, at the November 2024 CMC, the Court ordered that the current mediation stay shall automatically expire on January 6, 2025, and directed the Parties to confer and jointly submit, by November 15, 2025, a proposed new case schedule with another case management conference in January 2025, a summary judgment hearing in early December 2025, and a trial date in March 2026; and

WHEREAS, the Parties have conferred and agreed on a proposed new case schedule consistent with the Court's directives at the November 2024 CMC, as set forth further below.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1(b) and 7-12, by and between the undersigned counsel for the Parties, that the case schedule in this Action be modified as follows:

| Event/Deadline | Proposed Dates |
|---|---|
| Second Mediation | December 13, 2024 |
| Discovery Stay Lifted; Meet and Confer on All Outstanding Discovery and Pleadings Matters | January 6, 2025 |
| Joint Case Management Statement | January 10, 2025 |
| Further Case Management Conference | January 17, 2025 at 10:00 a.m. |
| Joinder of Other Parties and Pleading Amendments | April 1, 2025 |
| Last Day to Serve Discovery Requests, Including Any Interrogatories & Requests for Admission | April 30, 2025 |
| Fact Discovery Cutoff | May 30, 2025 |
| Submission of Opening Expert Reports for Party with Burden of Proof on Issue | June 30, 2025 |
| Expert Rebuttal Reports | July 30, 2025 |
| Expert Reply Reports | August 22, 2025 |
| Close of Expert Discovery | September 19, 2025 |
| Summary Judgment ("SJ") Motion[1] and *Daubert* Motion(s) | October 10, 2025 |
| Opposition to SJ and Opposition to *Daubert* Motion(s) | November 7, 2025 |
| Reply to SJ and Reply to *Daubert* Motion(s) | November 25, 2025 |
| Hearing on SJ Motion and *Daubert* Motion(s) | Thursday, December 11, 2025 |
| Meet and Confer Regarding Pretrial Conference, Serve Motions in Limine (28 Days Before Pretrial Conference) | January 20, 2026 |
| Serve Oppositions to Motions in Limine (Due 21 Days Before Pretrial Conference) | January 27, 2026 |
| File Proposed Supplemental Juror Questionnaire and Proposed Jury Instructions (21 Days Before Pretrial Conference) | January 27, 2026 |
| File Joint Pretrial Conference Statement (14 Days Before Pretrial Conference) | February 3, 2026 |

---

[1] Should cross-motions for SJ be filed in this Action, the Parties will follow the procedure outlined in Paragraph 41 of the Court's Standing Order for Civil Cases. Accordingly, in lieu of the proposed schedule herein for SJ briefing, the Parties will confer in advance and submit a proposed new briefing schedule for the SJ cross-motions that ensures that the fourth brief is due no later than 14 days before the Hearing on SJ Motion.

| Event/Deadline | Proposed Dates |
|---|---|
| File Motions in Limine and Oppositions to Motions in Limine (14 Days Before Pretrial) | February 3, 2026 |
| File Involved Individuals List, Proposed Verdict Forms, Statement of the Case, and Exhibit List (7 Days Before Pretrial Conference) | February 10, 2026 |
| Final Pretrial Conference | Tuesday, February 17, 2026 |
| Jury Trial Date | Monday, March 2, 2026 |

Dated: November 15, 2024　　　　　　　Respectfully Submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Irina Vasilchenko*
Carol C. Villegas (admitted *pro hac vice*)
Irina Vasilchenko (admitted *pro hac vice*)
James M. Fee (admitted *pro hac vice*)
Matthew J. Grier (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
ivasilchenko@labaton.com
jfee@labaton.com
mgrier@labaton.com

*Counsel for Class Representatives and Class Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

*Liaison Counsel for the Class*

**DRRT**
Joseph Gulino (admitted *pro hac vice*)
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Tel: 1 (305) 760-8030
Fax: 1 (305) 760-8030
jgulino@drrtcom

*Additional Counsel for Class Representative DIL*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)
7080 Northwest 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

**RISCH PISCA, PLLC**
Jason S. Risch (admitted *pro hac vice*)
407 W. Jefferson St.
Boise, ID 83702
Tel: (208) 345 9929
jrisch@rischpisca.com

*Additional Counsel for Class Representative PERSI*

Dated:   November 15, 2024

**FENWICK & WEST LLP**

By: */s/ Jennifer C. Bretan*
DEAN S. KRISTY (CSB No. 157646)
JENNIFER C. BRETAN (CSB No. 233475)
MARIE BAFUS (CSB No. 258417)
KATHERINE A. MARSHALL (CSB No. 327042)
GREGORY P. ADAMS (CSB No. 292391)
SOFIA RITALA (CSB No. 342253)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350
dkristy@fenwick.com
jbretan@fenwick.com
mbafus@fenwick.com
kmarshall@fenwick.com
gadams@fenwick.com
sritala@fenwick.com

|  |  |
|---|---|
|  | FELIX S. LEE (CSB No. 197084)<br>**FENWICK & WEST LLP**<br>801 California Street<br>Mountain View, CA 94041<br>Telephone:   650.988.8500<br>Facsimile:   650.938.5200<br>flee@fenwick.com<br><br>Adrian Rios Ojeda (CSB No. 340557)<br>**FENWICK & WEST LLP**<br>228 Santa Monica Boulevard, Suite 300<br>Santa Monica, CA 90401<br>Telephone:   310.434.5400<br>Facsimile:   650.938.5200<br>arios@fenwick.com<br><br>*Attorneys for Defendants Docusign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff* |
| Dated:   November 15, 2024 | **LATHAM & WATKINS LLP**<br><br>By:  */s/ Whitney B. Weber*<br>Melanie M. Blunschi (CSB No. 234264)<br>Whitney B. Weber (CSB No. 281160)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   415.391.0600<br>melanie.blunschi@lw.com<br>whitney.weber@lw.com<br><br>**LATHAM & WATKINS LLP**<br>Andrew B. Clubok (admitted *pro hac vice*)<br>Susan E. Engel (admitted *pro hac vice*)<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:   202.637.2200<br>andrew.clubok@lw.com<br>susan.engel@lw.com<br><br>**LATHAM & WATKINS LLP**<br>Michele D. Johnson (CSB No. 198298)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone:   714.540.1235<br>michele.johnson@lw.com |

*Attorneys for Defendants Docusign, Inc., Daniel D. Springer, Michael J. Sheridan, Cynthia Gaylor, and Loren Alhadeff*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in the filing of this updated joint case management statement.

Dated:   November 15, 2024          By:   */s/ Irina Vasilchenko*
                                                Irina Vasilchenko

* * *

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                Hon. Vince Chhabria
                                                United States District Court Judge