**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADVANCED SERIES TRUST** *et al.*, <br><br>    Plaintiffs, <br><br>    vs. <br><br> **DOCUSIGN** *et al.*, <br><br>    Defendants. | Case No.: 25-4683 YGR <br><br> **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Vince Chhabria *sua sponte* to consider whether it is related to *Weston v. DocuSign*, 3:22-cv-00824.

**IT IS SO ORDERED.**

**Date:** July 14, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**