UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. WESTON, et al.,<br>Plaintiff,<br>v.<br>DOCUSIGN, INC., et al.,<br>Defendant. | 22-cv-00824-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 26, 2026

VINCE CHHABRIA
United States District Judge